UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 24, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICOLAS ANDREW MICHALICEK,

Defendant.

Case No. 2:21-mj-00085-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICOLAS ANDREW MICHALICEK , Case No.  2:21-mj-00085-CKD   Charge 18 U.S.C. § 922(a)(1)(A) and 18 U.S.C. § 924(a)(1)(A), from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

__X__ Unsecured Appearance Bond $ 25,000

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

__X__ Conditions as stated on the record

(Other): The Defendant is ordered to appear by video conference on May 26, 2021 at 1:30 p.m. before

__X__ Magistrate Judge Mustafa T. Kasubhai, Wayne Morse Courthouse, Eugene, OR.

\_\_\_\_\_

Issued at Sacramento, California on May 24, 2021 at 3:15 p.m.

*/s/ Jeremy D. Peterson*

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE